IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 12 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 2:19CR00045KS-MTP-001

KATIE ASHLEY DUBOSE

## ORDER TO RECONSIDER REVOCATION SENTENCE

This cause having come before the Court on the motion of the defendant to reconsider her revocation sentence in this matter, and the Government stating that it has no objection to the matter. The Court having considered said motion, hereby finds that for the following reasons said motion is well taken and is hereby granted.

The defendant previously wrote a letter to the Court indicating that she would be able to maintain employment at UPS if she is released on or before May 3, 2022. The Court, taking into consideration the defendant's employment situation, has agreed that her sentence should be reduced in order for her to maintain employment.

IT IS THEREFORE, ORDERED that the defendant is hereby sentenced to a term of time served, followed by 30 months Supervised Release. The mandatory, standard, and special conditions outlined in the previous judgment order, dated March 29, 2022, remain in effect.

SO DATED, this the ___12th___ day of ___April___, 2022.

_____
UNITED STATES DISTRICT JUDGE